In the Matter of the Petition of MUNSON IN-LAND WATER LINES, Inc., as Charterer of THE Steam Barge ALBANY for limitation of liability.

MUNSON INLAND WATER LINES, Inc.,
Appellant.
No. 5.

Circuit Court of Appeals, Second Circuit.
Oct. 4, 1933.

C. B. Dunham, of New York City (James A. Gray, of Brooklyn, N. Y., of counsel), for appellant.

Edward A. Vosseler, of New York City, for appellee Kunkel.

James N. Senecal, of New York City, for other appellee.

Before L. HAND, SWAN, and MACK, Circuit Judges.

PER CURIAM.

Decree affirmed in open court.

MURRAY TRANSPORTATION COMPANY, as Bailee of THE Barge Mary K. MURRAY, Appellee, v. THE Steam Tugs POCAHONTAS and GEORGE W. PRATT, CORNELL STEAMBOAT COMPANY, Appellant.
No. 28.

Circuit Court of Appeals, Second Circuit.
Nov. 6, 1933.

Kirlin, Campbell, Hickox, Keating & Mc-Grann, of New York City (Robert S. Erskine, and Henry P. Elliott, both of New York City, of counsel), for appellant.

Foley & Martin, of New York City (James A. Martin, of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Decree affirmed.

NEW ENGLAND NEWSPAPER PUBLISH-ING COMPANY, Defendant, Appellant, F. W. GRIFFITH, Plaintiff, Appellee.
No. 2845.

Circuit Court of Appeals, First Circuit.
Jan. 9, 1934.

Francis P. Garland, of Boston, Mass. (Henry F. Hurlburt, Jr., Benjamin C. Perkins, and Hurlburt, Jones & Hall, all of Boston, Mass., on the brief), for appellant.

Joseph N. Welch, of Boston, Mass. (Lucius E. Thayer and Hale & Dorr, all of Boston, Mass., on the brief), for appellee.

Before WILSON and MORTON, Circuit Judges, and McLELLAN, District Judge.

PER CURIAM.

This action of tort for libel comes here after a verdict for the appellee on the appellant's exceptions to the admission of evidence.

While a portion of the evidence so admitted was inadmissible, an examination of the whole record discloses that there was no such prejudicial error as to warrant a reversal of the judgment.

The judgment of the District Court is affirmed, with costs to the appellee.